

# Fourth Court of Appeals
## San Antonio, Texas

## MEMORANDUM OPINION

No. 04-26-00210-CV

**IN RE** Jaimee Michelle **COLLINS**

Original Proceeding[1]

PER CURIAM

Sitting:      Rebeca C. Martinez, Chief Justice
               Irene Rios, Justice
               Adrian A. Spears II, Justice

Delivered and Filed: March 18, 2026

PETITION FOR WRIT OF MANDAMUS DENIED; EMERGENCY MOTION FOR TEMPORARY RELIEF DENIED AS MOOT

Relator, Jamiee Michelle Collins, filed her petition for writ of mandamus and emergency motion for temporary relief on March 13, 2026. Having reviewed the petition and the motion, we have determined that relator has not established she is entitled to the relief requested. The petition for writ of mandamus is denied. *See* TEX. R. APP. P. 52.8(a). The emergency motion for temporary relief is denied as moot.

PER CURIAM

---

[1]This proceeding arises out of Cause No. 2023-EM5-03094, styled *In the Interest of C.W.W., et al*, pending in the 37th Judicial District Court, Bexar County, Texas, the Honorable Nicole Garza presiding.